No. 6597. BORMAN ET AL. *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 6599. PLATT *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 6603. MOS *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 6605. TANNER *v.* PATE, WARDEN, ET AL. C. A. 7th Cir. Certiorari denied.

No. 6606. HOLMAN *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 6607. BOURNETT *v.* TWOMEY, WARDEN. C. A. 7th Cir. Certiorari denied.

No. 6608. HICKS *v.* NORTH CAROLINA. Sup. Ct. N. C. Certiorari denied.

No. 6609. JORDAN *v.* CALIFORNIA. Ct. App. Cal., 1st App. Dist. Certiorari denied.

No. 6616. LEWIS *v.* SMITH, WARDEN. Sup. Ct. Ga. Certiorari denied.

No. 6618. ROSE *v.* NEW YORK. Ct. App. N. Y. Certiorari denied.

No. 6620. LOPEZ *v.* OHIO. Sup. Ct. Ohio. Certiorari denied.

No. 6631. MASON *v.* CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 6641. ENTY *v.* PENNSYLVANIA. Sup. Ct. Pa. Certiorari denied.